**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Toni R. Donahue Individually and on behalf of minor DCD | COURT CASE NUMBER<br>2:17-cv-02435-JTM-TJJ |
| DEFENDANT<br>Brownback et al | TYPE OF PROCESS<br>Complaint and Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Governor Sam Brownback
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
300 S.W. 10th St. Topeka, KS 66612

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Toni R. Donahue
322 S. Broadway Street
Fort Scott, KS 66701

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

| Signature of Attorney other Originator requesting service on behalf of:<br>for Toni Donahue | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>913-280-2008 | DATE<br>8/16/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>6 of 6 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk<br>PBristor | Date<br>8-17-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Certified Article Number
9414 7266 9904 2079 9972 86
SENDERS RECORD

Date Service by Mail 08/22/2017
Time ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | $0.00 |

REMARKS:
Date summons sent by certified mail (See tracking strip): 08/17/2017
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)
Date on Track and Confirm: 08/25/2017, Delivered.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Toni R. Donahue<br>Individually and on behalf of<br>minor<br>DCD<br><br>*Plaintiff(s)*<br>v.<br>Brownback et al<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:17-cv-02435-JTM-TJJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Governor Sam Brownback
300 S.W. 10th St.
Topeka, KS 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Toni R. Donahue
322 S. Broadway Street
Fort Scott, KS 66701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/16/2017          s/ Charles Van Ness
                          *Signature of Clerk or Deputy Clerk*
                          TIMOTHY M. O'BRIEN
                          CLERK OF COURT
                          259 Robert J. Dole U.S. Courthouse
                          500 State Ave
                          Kansas City KS 66101-2431

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-02435-JTM-TJJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                           *Server's signature*

                                       _____
                                           *Printed name and title*

                                       _____
                                           *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs   (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove

**Tracking Number:** 9414726699042079997286

  

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **August 22, 2017, 11:42 am** | **Delivered** | **TOPEKA, KS 66603** |

Your item was delivered at 11:42 am on August 22, 2017 in TOPEKA, KS 66603.

| | | |
| --- | --- | --- |
| August 21, 2017, 9:49 am | Available for Pickup | TOPEKA, KS 66603 |
| August 21, 2017, 8:53 am | Arrived at Unit | TOPEKA, KS 66612 |
| August 20, 2017, 9:52 am | In Transit to Destination | ON ITS WAY TO TOPEKA, KS 66603 |

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabe...   8/25/2017

## 2. Article Number

9414 7266 9904 2079 9972 86

3. Service Type  CERTIFIED MAIL®

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

GOVERNOR SAM BROWNBACK
300 S W 10TH ST
TOPEKA, KS 66612

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _Junice_    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

**Reference Information**

2:17-CV-02435-JTM-TJJ  6/6

D/KS  Patricia Brown

PS Form 3811, January 2005    Domestic Return Receipt

---

9414 7266 9904 2079 9972 86

**TO:**
GOVERNOR SAM BROWNBACK
300 S W 10TH ST
TOPEKA, KS 66612

**SENDER:**  D/KS  Patricia Brown

**REFERENCE:**  2:17-CV-02435-JTM-TJJ  6/6

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.48 |
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.78 |

USPS®
**Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

8-17-17