USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>Toni R. Donahue | COURT CASE NUMBER<br>2:17-cv-02435-JTM-TJJ |
| DEFENDANT<br>Brownback et al | TYPE OF PROCESS<br>Complaint and Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Governor Sam Brownback
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 S.W. 10th St. Topeka, KS 66612

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Toni R. Donahue
322 S. Broadway Street
Fort Scott, KS 66701

Number of process to be served with this Form 285
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
for Toni R. Donahue
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 913-280-2008
DATE: 8/23/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 12of12
District of Origin: No. 31
District to Serve: No. 31
Signature of Authorized USMS Deputy or Clerk
Date: 8-29-17

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Certified Article Number
9414 7266 9904 2079 9974 08
SENDERS RECORD

Date: Service by Mail 09/05/2017
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | $0.00 |

REMARKS:
Date summons sent by certified mail (See tracking strip): 08/29/2017
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)
Date on Track and Confirm: 09/08/2017, Delivered.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Toni R. Donahue <br> *Plaintiff(s)* <br> v. <br> Brownback et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:17-cv-02435-JTM-TJJ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
        Governor Sam Brownback
        300 S.W. 10th St.
        Topeka, KS 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Toni R. Donahue
        322 S. Broadway Street
        Fort Scott, KS 66701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/23/2017          s/ Charles Van Ness
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-02435-JTM-TJJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking® Results

FAQs    (http://faq.usps.com/?articleId=220900)

Track Another Package **+**

Remove

**Tracking Number:** 9414726699042079997408

▶ ▶ ▶ Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**  
First-Class Mail®

**Features:**  
Certified Mail™  
Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **September 5, 2017, 11:50 am** | **Delivered** | **TOPEKA, KS 66603** |

▲

Your item was delivered at 11:50 am on September 5, 2017 in TOPEKA, KS 66603.

| | | |
| --- | --- | --- |
| September 5, 2017, 8:25 am | Arrived at Unit | TOPEKA, KS 66612 |
| September 1, 2017, 10:40 am | Available for Pickup | TOPEKA, KS 66603 |

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‎9414 7266 9904 2079 9974 08 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| 3. Service Type CERTIFIED MAIL® | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | | |

1. Article Addressed to:

GOVENOR SAM BROWNBACK
300 SW 10TH STREET
TOPEKA, KS 66612

Reference Information

2:17-CV-02435-JTM-TJJ 12/12

D/KS Patricia Brown

PS Form 3811, January 2005      Domestic Return Receipt

---

9414 7266 9904 2079 9974 08

**TO:**
GOVENOR SAM BROWNBACK
300 SW 10TH STREET
TOPEKA, KS 66612

**SENDER:** D/KS Patricia Brown

**REFERENCE:** 2:17-CV-02435-JTM-TJJ 12/12

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.48 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.78 |

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: 8-29-17